**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KERIN SADDY RODRIGUEZ ULLOA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:26-cv-1438 |
| | ) | |
| LEONARD ODDO *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

# CASE MANAGEMENT ORDER

AND NOW, this 30th day of July, 2026, IT IS HEREBY ORDERED as follows:

1. **Service**. Petitioner's counsel shall serve Respondents with a copy of this order and the Petition via a single e-mail at: usapaw.civ.imm.2241.moshannon@usdoj.gov. The subject line of the email shall contain the case caption and case number of this matter. If the Petition contains voluminous exhibits, they need not be emailed.[1] The email service shall be deemed sufficient to accomplish formal service of the Petition. No other documents, pleadings, or motions may be emailed to this email address.

2. **Certificate of compliance of service.** Upon completion of service via e-mail as reflected in Paragraph 1, Petitioner's counsel shall file a notice of compliance, certifying the date and time of service.

3. **Respondents' counsel notice of appearances**. Counsel for Respondents shall file a notice of appearance within **3 days** of the filing of Petitioner's Certificate of Compliance of Service.

[1] Petitioner's counsel shall provide all such exhibits upon request of Respondents' counsel.

4. **Respondents' response to the Petition.** Respondents shall file any responses or answers to the Petition within **30 days** of the date of the filing of the Certificate of Compliance of Service. Responses are limited to **25 pages**, double-spaced.

*<u>/s/ W. Scott Hardy</u>*
W. Scott Hardy
United States District Judge

cc/ecf: All counsel of record